UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.R., a minor,<br>by and through his next friend,<br>WILLIE ROBINSON<br><br>    Plaintiff,<br><br>v.<br><br>NORMANDY SCHOOL DISTRICT,<br><br>And<br><br>FREDERICK ABERNATHY<br><br>    Defendants. | Cause No.:   4:19 CV-2464DDN |

## MEMORANDUM TO THE CLERK

COMES NOW Plaintiff, by and through his undersigned counsel, and advised the Court that the above matter having been settled, the parties respectfully request that the same be passed for settlement.

**THE ONDER LAW FIRM**

By    */s/Derek P. Sieck*
James G. Onder, #38049
Derek P. Sieck, #70355
110 E. Lockwood
St. Louis, MO 63119
314/963-9000 telephone
314/963-1700 facsimile
sieck@onderlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the court on the 28th day of February 2020, to be served by operation of the court's electronic filing system upon all parties who are not in default.

                                            */s/Derek P. Sieck*