UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| J.I.R., a minor, | ) | |
| by and through his next friend, | ) | |
| WILLIE ROBINSON, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
|  v. | ) | No. 4:19 CV 2464 DDN |
| | ) | |
| NORMANDY SCHOOL COLLABORATIVE, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FREDERICK ABERNATHY, | ) | |
| | ) | |
|   Defendants. | ) | |

**ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION**

  This action is before the Court following a hearing on May 4, 2020, on the propriety of the parties' settlement of plaintiff's claims. By Memorandum filed on February 28, 2020, plaintiff's counsel advised the Court in summary fashion that the case had been settled. (Doc. 32.) Thereafter, the Court set a hearing to determine the propriety of the settlement, because plaintiff J.I.R. is a minor whose interests are being represented by his father, Willie Robinson, Jr., as plaintiff's Next Friend.

  On May 4, 2020, the Court received and has considered the oral testimony of plaintiff's Next Friend. From the testimony of Mr. Robinson, the Court finds that Mr. Robinson, as plaintiff J.I.R.'s Next Friend, is familiar with the specific nature of the claims that J.I.R. has against defendants Normandy School Collaborative and Frederick Abernathy. Plaintiff received treatment for his injuries, his condition has improved, and he retains some scarring. Mr. Robinson negotiated with plaintiff's counsel the total settlement amount of damages to be paid by defendants, and the distribution of the component amounts of the total settlement amount. Mr. Robinson, on behalf of plaintiff, gave his opinion that the settlement provisions are in the best interests of his minor son, plaintiff J.I.R., and he asked the Court to approve the settlement, which included reasonable attorney's fees payable from the total settlement amount. Neither defendant voiced any objection

to the settlement.  From the record before it, the Court finds that the settlement of this action, which involves claims by the minor plaintiff, as testified by his father and Next Friend, is fair and reasonable and in the best interests of the plaintiff.

Therefore,

**IT IS HEREBY ORDERED** that the parties' settlement, being fair, reasonable, and in the best interests of the minor plaintiff, **is approved.**

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice. .

       /S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on May 5, 2020.